# EXHIBIT M

# WOODLEY & MCGILLIVARY LLP
**Summary of Attorneys' Fees**
*Report Period: 09/12/2018 to 10/24/2018*

Harper v. ESD-5, TX
Motion to Compel                                              **AUSTIN RATES**

Thomas Woodley

| Year | Rate | Hours Worked | Amount |
|---|---|---|---|
| 2018 | 400 | 0.70 | $280.00 |
|  |  | **Sub Total:** | $280.00 |

Megan Mechak

| Year | Rate | Hours Worked | Amount |
|---|---|---|---|
| 2018 | 400 | 3.90 | $1,560.00 |
|  |  | **Sub Total:** | $1,560.00 |

Afroz Baig

| Year | Rate | Hours Worked | Amount |
|---|---|---|---|
| 2018 | 300 | 17.90 | $5,370.00 |
|  |  | **Sub Total:** | $5,370.00 |

**Postage Expense:** $1.00

**Grand Total:** $7,211.00

## WOODLEY & MCGILLIVARY LLP

**SERVICES PERFORMED BY**
**Thomas Woodley**
*Report Period: 09/12/2018 to 10/24/2018*

IAFF Guardian Policy
Harper v. ESD-5, TX

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 10/19/2018 | 0.40 | Office emails regarding Motion to Compel. |
| 10/22/2018 | 0.30 | Office conference regarding Motion to Compel. |

**WOODLEY & MCGILLIVARY LLP**

**SERVICES PERFORMED BY**
**Megan Mechak**
*Report Period: 09/12/2018 to 10/24/2018*

IAFF Guardian Policy
Harper v. ESD-5, TX

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 9/12/2018 | 0.40 | Office conference, re: additional research; review defendants' second discovery response. |
| 9/14/2018 | 0.40 | Review and revise draft letter, re: discovery deficiencies. |
| 9/24/2018 | 0.20 | Email correspondence, re: case status. |
| 9/25/2018 | 0.30 | Email correspondence, re: discovery dispute. |
| 10/3/2018 | 0.20 | Email correspondence, re: discovery dispute. |
| 10/5/2018 | 0.20 | Review draft email to MAS. |
| 10/17/2018 | 0.30 | Review memorandum, re: Motion to Compel; email correspondence, re: same. |
| 10/19/2018 | 0.50 | Review research, re: Motion to Compel; email correspondence, re: same; phone discussion about same. |
| 10/22/2018 | 0.20 | Email correspondence, re: Motion to Compel. |
| 10/23/2018 | 0.20 | Email correspondence, re: Motion to Compel. |
| 10/24/2018 | 1.00 | Review and revise draft Motion to Compel and proposed order; email correspondence, re: proposed order; review attorneys' fees listing; email correspondence, re same. |

**WOODLEY & MCGILLIVARY LLP**

**SERVICES PERFORMED BY**
**Afroz Baig**
*Report Period:  09/12/2018 to 10/24/2018*

IAFF Guardian Policy
Harper v. ESD-5, TX

| DATE | HRS WORKED | DESCRIPTION |
|---|---|---|
| 9/12/2018 | 1.70 | Meeting to discuss legal research; start legal research and drafting of discovery letter. |
| 9/13/2018 | 1.30 | Edit discovery letter and do citation checks; send for review. |
| 9/26/2018 | 0.20 | Research local rules regarding discovery disputes. |
| 9/27/2018 | 0.20 | Draft email to MAS and send regarding discovery dispute. |
| 10/3/2018 | 0.20 | Correspondence with opposing counsel. |
| 10/4/2018 | 0.30 | Phone call with MAS. |
| 10/4/2018 | 0.60 | Draft email to MAS with amended discovery request. |
| 10/5/2018 | 0.30 | Email correspondence regarding amended discovery requests. |
| 10/10/2018 | 0.20 | Email correspondence with MAS. |
| 10/15/2018 | 0.20 | Correspondence with MAS. |
| 10/16/2018 | 2.00 | Draft Motion to Compel memo. |
| 10/18/2018 | 1.00 | Research on case law requesting personnel files in the Fifth Circuit; email correspondence regarding Motion to Compel. |
| 10/19/2018 | 0.40 | Email to TAW regarding Motion to Compel; phone call with MKM about same. |
| 10/22/2018 | 6.50 | Discussion regarding Motion to Compel; draft Motion to Compel. |
| 10/23/2018 | 2.10 | Finalize Motion to Compel and send to Megan for review; review of local rules to get motion ready for filing; draft email seeking MAS consent for Motion to Compel; discuss fees with KAS to include in Motion. |
| 10/24/2018 | 0.70 | Review attorneys' fees for Motion to Compel; review MKM edits to Motion to Compel and implement those edits; revise proposed order. |